IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| MARY KASH, | : | Case No. 3:11-cv-44 |
| Plaintiff, | : | District Judge Walter H. Rice<br>Magistrate Judge Michael J. Newman |
| vs. | : | |
| MICHAEL J. ASTRUE,<br>COMMISSIONER OF<br>SOCIAL SECURITY, | :<br><br>: | |
| Defendant. | : | |

## DECISION AND ENTRY

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (Doc. #20), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendation filed on July 31, 2012 (Doc. #20) is **ADOPTED** in full;

2. Plaintiff's unopposed Motion for an Award of Attorney Fees Pursuant to the Equal Justice Act (Doc. #19) is **GRANTED** in part to the extent Plaintiff is entitled to an EAJA award in the total amount of $3,897.56. Accordingly, Plaintiff is **AWARDED** $3,897.56; and,

3. The case remains terminated on the docket of this Court.

Date: 8-21-12

Walter Herbert Rice
United States District Judge